FILED
U.S. DISTRICT COURT
W.D.N.Y. BUFFALO

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

2006 JAN 18  AM 11: 31

JOSEPH PAUL GUARNERI, 05B0213,

Plaintiff,

-v-

**DECISION and ORDER**
05-CV-6483Fe

CALVIN E. WEST, Superintendent of Elmira
Correctional Facility; KATTYLACKY,
Sergeant, Elmira Correctional Facility;
MISS. HAPKIN, Nurse Administrator of Elmira
Correctional Facility; JAMES T. CONWAY,
Superintendent Attica Correctional Facility;
L. GUERTIN, First Deputy Superintendent of
Attica Correctional Facilty; M. WOELLER,
Deputy Superintendent of Attica Correctional
Facility; RANDY JAMES, Deputy Superintendent
of Attica Correctional Facility; SANDRA DOLCE,
Deputy Superintendent of Programs of Attica
Correctional Facility; GEORGE STRUEBEL,
Supervisor of Grievance of Attica Correctional
Facility; B. FRISBY, Nurse Administrator of
Attica Correctional Facility; D. ADAMY,
Correctional Officer Attica Correctional Facility;
KENNETH MCLAUGHLIN, Director of Operation
Inspector General; JOHN BAUERS, Physician
Attica Correctional Facility; LASKAWSKI,
Physician of Attica Correctional Facility;
TURTON, R.N. of Attica Correctional Facility;
HAWLEY, R.N. of Attica Correctional Facility;
PREACHER, Correctional Officer of Attica
Correctional Facility; JOHN DOE, Correctional
Officer 29 Company of Attica Correctional
Facility at 8:30 am; JOHN DOE, Correctional
Officer of both 29 Company & 13 Company of
Attica Correctional Facility (4pm);
RADEMACKER, Correctional Officer of Attica
Correctional Facility; and ELIOT L. SPITZER,
New York Attorney General;

Defendants.

Plaintiff, who is incarcerated in the Attica Correctional Facility, has filed an amended complaint pursuant to 42 U.S.C. § 1983. Plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

SO ORDERED.

Dated:   _____, 2006
         Buffalo, New York

                                        WILLIAM M. SKRETNY
                                        United States District Judge